COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-154-CV

 

IN RE MICHAEL SUTTON                                                         RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.[2]  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL 
A:  LIVINGSTON, J.; CAYCE, C.J.;
and HOLMAN, J. 

 

DELIVERED: 
April 24, 2008 











    [1]See
Tex. R. App. P. 47.4.





    [2]See
Wentworth v. Meyer, 839 S.W.2d 766, 767 (Tex. 1992) (orig.
proceeding); In re Jackson, 14 S.W.3d 843, 846 (Tex. App.CWaco 2000, orig. proceeding); City of
La Porte v. State ex rel. Rose, 376 S.W.2d 894, 906-07 (Tex. Civ. App.CAustin 1964), rev=d in part on other grounds, 386 S.W.2d 782 (Tex. 1965); see also
In re Sanchez, 81 S.W.3d 794, 796 (Tex. 2002) (orig. proceeding).